ATTORNEYS AT LAW

225 LIBERTY STREET, 28TH FLOOR   NEW YORK, NEW YORK 10281-1008

www.sedgwicklaw.com   212.422.0202 *phone*   212.422.0925 *fax*

# Sedgwick LLP

Michael H. Bernstein
(212) 898-4011
michael.bernstein@sedgwicklaw.com

March 20, 2013

**MEMO ENDORSED**

*Via Overnight Mail*
Hon. Kenneth M. Karas
United States District Judge
United States District Court
Southern District of New York
300 Quarropas Street
Chambers 533
White Plains, NY 10601-4150



Re: *Curran v. Aetna Life Ins. Co. et al.*, Civil Action No.: 13-cv-0289
    File No.: 00322-008166

Dear Judge Karas:

This office represents Defendants Aetna Life Insurance Company ("Aetna") and TriNet Open Access ("TriNet") (collectively "Defendants") in the above-referenced matter. We write to request an extension of time to respond to Plaintiff's Complaint. Tri-Net's response to the Complaint is due on March 22, 2013 and Aetna's response is due on April 8, 2013. We request an extension of time for both Defendants to respond to the Complaint to on or before May 8, 2013. Plaintiff's counsel has consented to this request. No prior requests for an extension of time to respond to the Complaint have previously been made by Defendants.

Very truly yours,

Michael H. Bernstein
Sedgwick LLP

MHB/wg

cc: David J. Squirrell (*via regular mail*)

Granted
So Ordered.
[signature] KMK
3/22/13