AO 458 (Rev. 01/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| BRIDGET M. CURRAN et al. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 13-cv-00289 |
| AETNA LIFE INSURANCE COMPANY, TRINET GROUP, INC., ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am authorized to practice in this court, and I appear in this case as counsel for:

Defendants Aetna Life Ins. Co., TriNet Group, Inc., TriNet Group, Inc. Sect. 125, Sect. 129, & Flexible Spending Plan   .

Date:   05/08/2013

s/
*Attorney's signature*

RYAN C. CHAPOTEAU (RC-1986)
*Printed name and bar number*

Sedgwick LLP
225 Liberty Street, 28th Floor
New York, NY 10281
*Address*

ryan.chapoteau@sedgwicklaw.com
*E-mail address*

(212) 422-0202
*Telephone number*

(212) 422-0925
*FAX number*

## CERTIFICATE OF SERVICE

I, Ryan C. Chapateau, hereby certify and affirm that a true and correct copy of the attached **NOTICE OF APPEARANCE** was served via ECF on this 8th day of May, 2013, upon the following:

David J. Squirrell
Banks Curran Schwam and Squirrell, LLP
*Attorneys for Plaintiff*
61 Smith Avenue
Mount Kisco, NY 10549
(914) 666-2161

s/_____
Ryan C. Chapateau

Dated:    New York, New York
          May 8, 2013