UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

| | |
|---|---|
| BRIDGET M. CURRAN, individually, and as natural Guardian of C.F.C., a minor. | Civil Action No.: 13-cv-00289 |
| Plaintiff, | **RULE 7.1 DISCLOSURE** |
| -against- | **STATEMENT FOR AETNA LIFE INSURANCE COMPANY** |
| AETNA LIFE INSURANCE COMPANY, TRINET GROUP, INC., and THE TRINET OPEN ACCESS MANAGED CHOICE PLAN, | <u>DOCUMENT ELECTRONICALLY FILED</u> |
| Defendants. | |

------------------------------------------------------------------X

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable judges and magistrate judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for defendant, AETNA LIFE INSURANCE COMPANY ("AETNA"), certifies that the following is corporate parent, subsidiary, or affiliate of that party which is publicly held:

1.   Aetna Inc.

Dated:   New York, New York
         May 8, 2013

                  Respectfully submitted,

                    s/
                  Michael H. Bernstein (MB 0579)
                  SEDGWICK, LLP
                  *Attorneys for Defendant*
                  225 Liberty Street, 28th Floor
                  New York, New York 10281
                  Telephone:  (212) 422-0202
                  Facsimile:  (212) 422-0925

<u>To</u>:
David J. Squirrell
BANKS, CURRAN, SCHWAY & SQUIRRELL, LLP
61 Smith Avenue
Mount Kisco, NY 10549
*Attorneys for Plaintiffs*

NY/1264647v1

**CERTIFICATE OF SERVICE**

I, Michael H. Bernstein, hereby certify and affirm that a true and correct copy of the attached RULE 7.1 DISCLOSURE STATEMENT FOR AETNA LIFE INSURANCE COMPANY was served via ECF and regular mail on March 20, 2013, upon the following:

David J. Squirrell
BANKS, CURRAN, SCHWAY & SQUIRRELL, LLP
61 Smith Avenue
Mount Kisco, NY 10549
*Attorneys for Plaintiffs*

              ___s/_____
              Michael H. Bernstein (MB 0579)

Dated: New York, New York
     May 8, 2013