UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
BRIDGET M. CURRAN, individually, and
as natural Guardian of C.F.C., a minor.

                         Plaintiff,

-against-

AETNA LIFE INSURANCE COMPANY, TRINET
GROUP, INC., and THE TRINET OPEN ACCESS
MANAGED CHOICE PLAN,

                        Defendants.
------------------------------------------------------------------X

Civil Action No.: 13-cv-00289

**RULE 7.1 DISCLOSURE STATEMENT FOR TRINET GROUP, INC.**

<u>DOCUMENT ELECTRONICALLY FILED</u>

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable judges and magistrate judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for defendant, TRINET GROUP, INC. ("TRINET"), certifies that it is a privately held corporation of which no publicly held corporation has an ownership interest of more than 10% in it.

Dated:   New York, New York
             May 8, 2013

                                         Respectfully submitted,

                                          s/_____
                                          Michael H. Bernstein (MB 0579)
                                          SEDGWICK, LLP
                                          *Attorneys for Defendant*
                                          225 Liberty Street, 28th Floor
                                          New York, New York 10281
                                          Telephone:  (212) 422-0202
                                          Facsimile:  (212) 422-0925

<u>To</u>:
David J. Squirrell
BANKS, CURRAN, SCHWAY & SQUIRRELL, LLP
61 Smith Avenue
Mount Kisco, NY 10549
*Attorneys for Plaintiffs*

NY/1264649v1

**CERTIFICATE OF SERVICE**

I, Michael H. Bernstein, hereby certify and affirm that a true and correct copy of the attached RULE 7.1 DISCLOSURE STATEMENT FOR TRINET, INC. was served via ECF and regular mail on May 8, 2013, upon the following:

David J. Squirrell
BANKS, CURRAN, SCHWAY & SQUIRRELL, LLP
61 Smith Avenue
Mount Kisco, NY 10549
*Attorneys for Plaintiffs*

                                           s/
                                         Michael H. Bernstein (MB 0579)

Dated:   New York, New York
             May 8, 2013