# Exhibit B

Case 7:13-cv-00289-KMK   Document 10-2   Filed 05/08/13   Page 1 of 12



Aetna Life Insurance Company
P.O. BOX 14079
LEXINGTON, KY 40512-4079

## EXPLANATION OF BENEFITS

### THIS IS NOT A BILL
*Please Retain for Future Reference*
Date Printed: 03/08/11
Page 1 of 2

BRIDGET M CURRAN
136 PLEASANT AVE
PLEASANTVILLE NY 10570-2834

**QUESTIONS?** Contact us at **aetnanavigator.com**
1-866-547-2670
Or write to the address shown above.

**Notes:**

Member: BRIDGET M CURRAN  **Member ID:** W184592702
Group Name: TRINET GROUP, INC.  Group Number: 0326341-11-001 MB PBB~80

*All Remarks Appear After Final Claim*

*Claim Activity for* **REDACTED**

| DATE AND TYPE OF SERVICE | SUBMITTED CHARGES | NEGOTIATED OR ALLOWED | PENDING OR NOT PAYABLE | SEE REMARKS | YOUR COPAY | YOUR DEDUCTIBLE | AMOUNT REMAINING | PAID AT | PLAN PAYS | YOUR SHARE OF AMOUNT REMAINING | Total Patient Responsibility |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | A | B | C | D | E | F | | G | H | I |
| *This is the claim detail for the bills received on 02/15/11*  Claim ID: PK34PX45M01 ||||||||||||
| RUDOLPH F TADDONIO 01/07/11 22802 *7 TO 12 VERTEBRAL SEGMENTS* | 25,000.00 | | 22,954.93 | 1 | | | 2,045.07 | 70% | 1,431.55 | 613.52 | 23,568.45 |
| **Column Totals** | 25,000.00 | | 22,954.93 | | | | 2,045.07 | | 1,431.55 | 613.52 | 23,568.45 |
| *This is the claim detail for the bills received on 02/15/11*  Claim ID: PK34PX45M00 ||||||||||||
| RUDOLPH F TADDONIO 01/07/11 77011 *COMPUTED TOMOGRAPHY GUIDANCE* | 5,500.00 | | 5,500.00 | 2 | | | | | | | 5,500.00 |
| 62350 *IMPLNT SPINAL CANAL CATHET26* | 11,000.00 | | 10,793.97 | 3 | | 206.03 | | | | | 11,000.00 |
| 61783 *SCAN PROC SPINAL* | 6,000.00 | | 5,717.03 | 1 | | 47.85 | 235.12 | 70% | 164.58 | 70.54 | 5,835.42 |
| 22843 *INSERT SPINE FIXATION DEVICE* | 25,000.00 | | 24,197.26 | 1 | | | 802.74 | 70% | 561.92 | 240.82 | 24,438.08 |
| **Column Totals** | 47,500.00 | | 46,208.26 | | | 253.88 | 1,037.86 | | 726.50 | 311.36 | 46,773.50 |
| *This is the claim detail for the bills received on 02/15/11*  Claim ID: PK34PX45M02 ||||||||||||
| RUDOLPH F TADDONIO 01/07/11 22212 *SPINE OSTEOTOMY, POST,THORAC* | 15,000.00 | | 14,303.25 | 3 | | | 696.75 | 70% | 487.72 | 209.03 | 14,512.28 |
| 20936 *SPINAL BONE AUTOGRAFT* | 6,000.00 | | 5,872.73 | 1 | | | 127.27 | 70% | 89.09 | 38.18 | 5,910.91 |

*Continued on Next Page*

CURRAN-AETNA000213



Aetna Life Insurance Company
P.O. BOX 14079
LEXINGTON, KY 40512-4079

# EXPLANATION OF BENEFITS

### THIS IS NOT A BILL
*Please Retain for Future Reference*
Date Printed: 03/08/11
Page 2 of 2

Claim Activity for **REDACTED**

Continued from Previous Page

*Patient Responsibility (shaded columns)*

| DATE AND TYPE OF SERVICE | SUBMITTED CHARGES | NEGOTIATED OR ALLOWED | PENDING OR NOT PAYABLE | SEE REMARKS | YOUR COPAY | YOUR DEDUCTIBLE | AMOUNT REMAINING | PAID AT | PLAN PAYS | YOUR SHARE OF AMOUNT REMAINING | Total Patient Responsibility |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | A | B | C | D | E | F | | G | H | I |
| 22216 REVISE, EXTRA SPINE SEGMENT | 75,000.00 | | 74,637.37 | 1 | | | 362.63 | 70% | 253.84 | 108.79 | 74,746.16 |
| Column Totals | 96,000.00 | | 94,813.35 | | | | 1,186.65 | | 830.65 | 356.00 | 95,169.35 |

| You May Owe RUDOLPH F TADDONIO: | $165,511.30 |
|---|---|
| | C + D + E + H =      I |

**General Remarks:**

1 - You are covered for expenses at a level set by your plan sponsor.  The charge for services exceeds that amount.  You are responsible for the amount indicated.  If you have additional information we should consider, please let us know.  551
2 - Your plan provides coverage for only that part of a charge which is reasonable and appropriate as determined by Aetna based on factors such as the manner in which charges for services and supplies are made.  481
3 - Your plan provides coverage for charges that are reasonable and appropriate as determined by Aetna.  This procedure has been paid at 50% of the reasonable and customary rate due to multiple procedures performed on the same date of service. You may be responsible for this amount.  U65

**Plan Summary for** 01/01/11 - 12/31/11

| Description | | | |
|---|---|---|---|
| **Individual Limits** | **Annual Limit** | **Year To Date** | **Remainder** |
| REDACTED | | | |
| Medical In Network Share of Amt Remaining(Coinsurance) | $1,000.00 | $1,000.00 | $0.00 |
| Medical Out of Network Deductible | $300.00 | $300.00 | $0.00 |
| Medical Out of Network Share of Amt Remaining(Coinsurance) | $3,000.00 | $1,595.60 | $1,404.40 |
| **Family Limits** | **Annual Limit** | **Year To Date** | **Remainder** |
| Medical In Network Share of Amt Remaining(Coinsurance) | $2,000.00 | $1,595.60 | $404.40 |
| Medical Out of Network Deductible | $600.00 | $300.00 | $300.00 |
| Medical Out of Network Share of Amt Remaining(Coinsurance) | $6,000.00 | $1,595.60 | $4,404.40 |

**Payment Summary:**

| Sent To | Date Sent | Amount |
|---|---|---|
| RUDOLPH F TADDONIO | 03/10/2011 | $2,988.70 |

**Appeals**  **If you would like to appeal, please check this box** ☐

**Please send your written appeal along with a copy of the entire EOB to this address:**

>   Appeals Resolution Team
>   PO Box 14463
>   Lexington, KY 40512

You are entitled to a review (appeal) of this benefit determination if you have questions or do not agree.

To obtain a review, you or your authorized representative should call our Member Services Department using the telephone number displayed on the member ID card or submit a request in writing to the Appeals Resolution Team address shown above.  Your request should include the group name (e.g., your employer), your name, member ID, address and date of birth and other identifying information shown on this notice, and any comments, documents, records and other information you would like to have considered, whether or not submitted in connection with the initial claim.  You may also review documents relevant to your claim.  Verbal or written requests for review of the adverse determination must be communicated, mailed or delivered within 180 days following receipt of this explanation or such longer period as may be specified in your plan brochure or Summary Plan Description.

If your plan provides for a single appeal, notice of the final determination will be sent within 60 days following receipt of your request unless otherwise required by state law.

If your plan provides for two appeals, notice of a determination will be sent within 30 days following receipt of your request unless otherwise required by state law.  If you do not agree with such determination, you have the right to file a second request for review.

Please review your plan documents or contact your plan administrator to determine the appeals process available to you.

If you do not agree with the final determination on review, you have the right to bring a civil action under Section 502(a) of ERISA, if applicable.

A copy of the specific rule, guideline or protocol relied upon in the adverse benefit determination will be provided free of charge upon request by you or your authorized representative.

**Privacy**
Protecting the privacy of member health information is a top priority at Aetna.  When contacting us about this notice or for help with other questions, please be prepared to provide the member's name, member ID, address and date of birth.

**Fraud**
If you suspect fraud or abuse involving the services described in this Explanation of Benefits or would like to report other healthcare fraud related issues, please call the toll-free Hotline at 1-800-338-6361 or contact us by E-Mail at AETNASIU@AETNA.COM.

M-TRA-DFLT-Nat-***

CURRAN-AETNA000215



Aetna Life Insurance Company
P.O. BOX 14079
LEXINGTON, KY 40512-4079

**Statement date:** December 24, 2011

**Member:** BRIDGET M CURRAN
**Member ID:** W184592702
**Group #:** 0326341-11-001 MB PBB~80
**Group name:** TRINET GROUP, INC.

**QUESTIONS?** Contact us at aetna.com
1-866-547-2670
Or write to the address shown above.

BRIDGET M CURRAN
136 PLEASANT AVE
PLEASANTVILLE  NY  10570-2834

**THIS IS NOT A BILL**
Keep this for your records

**Explanation of benefits:**

# Track your health care costs

Going to a doctor or hospital in our network saves you money.

That's because we have arranged discounted rates with these providers.

Our online provider directory can help you find a doctor or other health care professional. Just go to www.aetna.com.

**Amount you have left to meet deductible**

To see your latest deductible totals, look for **"Your benefit balances"** toward the end of this statement. It shows any amounts remaining for this plan year.

## A guide to key terms

| Term | This means | Your totals |
|---|---|---:|
| **Amount billed:** | The amount your doctor or health care provider billed for services. | $168,500.00 |
| **Member rate:** | The agreed upon amount your doctor or health care provider in our network accepts as their fee. | $0.00 |
| ⚠ **Pending or not payable:** | A claim that needs more review by us or an amount we did not pay. You may or may not have to pay this. Read 'Your Claim Remarks' to learn more. | $165,032.79 |
| **Deductible:** | The amount you pay before your health plan will pay benefits. | $145.94 |
| **Coinsurance:** | When you pay part of the bill and we pay part of the bill. This is your out-of-pocket amount. | $1,892.98 |
| **Copay:** | A fixed dollar amount you pay when you visit a doctor or other health care provider. | $0.00 |

| | |
|---|---|
| **A message from Aetna** | |
| Introducing your new Explanation of Benefits. It has a simpler look and feel, designed with you in mind. | |

Page 1 of 4

CURRAN-AETNA000216



Statement date:  December 24, 2011

Member:  BRIDGET M CURRAN
Member ID:  W184592702
Group #:  0326341-11-001 MB PBB~80
Group name:  TRINET GROUP, INC.

## Your payment summary

| Patient | Provider | Your plan paid Amount | Sent to | Date | You owe or already paid Amount |
|---|---|---|---|---|---|
| REDACTED | Rudolph F Taddonio | $1,455.29 | Rudolph F Taddonio | 12/26/11 | $164,083.01 |
| Total: | | $1,455.29 | | | $164,083.01 |

## Your claims up close

### Claim for REDACTED

| Claim ID: PFAATFTMV00 Received on 9/29/11 | Amount billed | Member rate | Not payable by plan (Remarks) | Applied to deductible | Your copay | Amount remaining | Plan pays | Your coinsurance | You owe C+D+E+H=I |
|---|---|---|---|---|---|---|---|---|---|
| COMPUTED TOMOGRAPHY GUIDANCE on 1/7/11 77011 | 5,500.00 | | 5,500.00 (1) | | | | | | 5,500.00 |
| IMPLNT SPINAL CANAL CATHET26 on 1/7/11 62350 | 11,000.00 | | 10,852.72 (2) | 145.94 | | 1.34 | .94 (70%) | .40 (30%) | 10,999.06 |
| SCAN PROC SPINAL on 1/7/11 61783 | 6,000.00 | | 5,671.64 (3) | | | 328.36 | 229.85 (70%) | 98.51 (30%) | 5,770.15 |
| INSERT SPINE FIXATION DEVICE on 1/7/11 22843 | 25,000.00 | | 23,806.42 (4) | | | 467.08 | 109.01 (23%) | 358.07 (77%) | |
| | | | 726.50 (5) | | | | | | 24,164.49 |
| Rudolph F Taddonio | | | | | | | | | |
| Refer to Remarks Section | | | (6) | | | | | | |
| | | | (7) | | | | | | |
| Totals: | 47,500.00 | | 46,557.28 | 145.94 | | 796.78 | 339.80 | 456.98 | $46,433.70 |
| | A | B | C | D | E | F | G | H | I |

Late Claim Interest/Penalty was Applied to this Claim Due to State Regulations     $6.42

**!** You can find all numbered claim remarks in 'Your Claim Remarks' section.

### Claim for REDACTED

| Claim ID: PYFAS14R900 Received on 9/29/11 | Amount billed | Member rate | Not payable by plan (Remarks) | Applied to deductible | Your copay | Amount remaining | Plan pays | Your coinsurance | You owe C+D+E+H=I |
|---|---|---|---|---|---|---|---|---|---|
| 7 TO 12 VERTEBRAL SEGMENTS on 1/7/11 22802 | 25,000.00 | | 21,970.33 (4) | | | 1,598.12 | 689.22 (43%) | 908.90 (57%) | |
| | | | 1,431.55 (5) | | | | | | 22,879.23 |
| Rudolph F Taddonio | | | | | | | | | |

Continued on next page



Statement date: December 24, 2011

Member: **BRIDGET M CURRAN**
Member ID: **W184592702**
Group #: **0326341-11-001 MB PBB~80**
Group name: **TRINET GROUP, INC.**

## Claim for REDACTED

| Claim ID: PYFAS14R900<br>Received on 9/29/11 | Amount billed | Member rate | Not payable by plan (Remarks) ❗ | Applied to deductible | Your copay | Amount remaining | Plan pays | Your coinsurance | You owe C+D+E+H=I |
|---|---|---|---|---|---|---|---|---|---|
| Refer to Remarks Section | | | (6)<br>(7) | | | | | | |
| Totals: | 25,000.00 | | 23,401.88 | | | 1,598.12 | 689.22 | 908.90 | **$22,879.23** |
| | A | B | C | D | E | F | G | H | I |

Late Claim Interest/Penalty was Applied to this Claim Due to State Regulations    $13.03

❗ You can find all numbered claim remarks in **'Your Claim Remarks'** section.

## Claim for REDACTED

| Claim ID: PYYZS14RS00<br>Received on 9/29/11 | Amount billed | Member rate | Not payable by plan (Remarks) ❗ | Applied to deductible | Your copay | Amount remaining | Plan pays | Your coinsurance | You owe C+D+E+H=I |
|---|---|---|---|---|---|---|---|---|---|
| SPINE OSTEOTOMY, POST,THORAC on 1/7/11 22212 | 15,000.00 | | 13,969.92 (8) | | | 199.43 | | 309.02 (100%) | |
| | | | 830.65 (5) | | | | | | 14,278.94 |
| SPINAL BONE AUTOGRAFT on 1/7/11 20936 | 6,000.00 | | 5,812.10 (4) | | | 187.90 | 131.53 (70%) | 56.37 (30%) | 5,868.47 |
| REVISE, EXTRA SPINE SEGMENT on 1/7/11 22216 | 75,000.00 | | 74,460.96 (4) | | | 539.04 | 377.33 (70%) | 161.71 (30%) | 74,622.67 |
| Rudolph F Taddonio | | | | | | | | | |
| Refer to Remarks Section | | | (6)<br>(7) | | | | | | |
| Totals: | 96,000.00 | | 95,073.63 | | | 926.37 | 508.86 | 527.10 | **$94,770.08** |
| | A | B | C | D | E | F | G | H | I |

Late Claim Interest/Penalty was Applied to this Claim Due to State Regulations    $7.55

❗ You can find all numbered claim remarks in **'Your Claim Remarks'** section.

## Your Claim Remarks

### General Remarks:

(1) Your plan provides coverage for only that part of a charge which is reasonable and appropriate as determined by Aetna based on factors such as the manner in which charges for services and supplies are made.  **481**

(2) Your plan provides coverage for charges that are reasonable and appropriate as determined by Aetna. This procedure has been paid at 25% of the reasonable and customary rate due to multiple procedures performed on the same date of service.  You may be responsible for this amount.  **[U67]**

(3) Your plan provides benefits for covered expenses at the prevailing charge level, as determined by Aetna, made for the service in the geographical area where it is provided.  In determining the amount of a charge that is covered we may consider other factors including the prevailing charge in other areas.  If there is additional information that should be brought to our attention, please contact us.  **498**

(4) Your plan provides benefits for covered expenses based on recognized charges, as determined by Aetna, for the same service.  The charge for this service exceeds that amount.  If there is additional information that should be brought to our attention, please let us know.  **651**

(5) Our records show this is a duplicate claim.  Please refer to prior Explanation of Benefits statement you received for this service or log onto Aetna Navigator at www.aetna.com.  **114**

Continued on next page



Statement date:  December 24, 2011

Member:  BRIDGET M CURRAN
Member ID:  W184592702
Group #:  0326341-11-001 MB PBB~80
Group name:  TRINET GROUP, INC.

### General Remarks:

(6) The late claim interest/penalty charge is required by state regulations. A late claim interest/penalty charge has been applied and is included in the payment. The charge has been paid by Aetna. It does not come from member funds, and is not applied to plan limits.

(7) Your provider may have sent diagnosis codes with your claim. You may obtain these codes and their meanings by contacting us at the number listed at the top of the first page. We will also provide your treatment codes and their meanings, if they do not appear on this statement. If you have questions about your diagnosis or your treatment, please contact your provider. [H63]

(8) Your plan provides coverage for charges that are reasonable and appropriate as determined by Aetna. This procedure has been paid at 50% of the reasonable and customary rate due to multiple procedures performed on the same date of service. You may be responsible for this amount. U65

# Your benefit balances to date for 1/1/11 to 12/31/11

| Description | | |
|---|---:|---:|
| **Individual** | Annual limit | Amount remaining |
| REDACTED) | | |
| Medical In Network Coinsurance | $1,000.00 | $0.00 |
| Medical Out of Network Deductible | $300.00 | $0.00 |
| Medical Out of Network Coinsurance | $3,000.00 | $0.00 |
| **Family** | Annual limit | Amount remaining |
| Medical In Network Coinsurance | $2,000.00 | $0.00 |
| Medical Out of Network Deductible | $600.00 | $300.00 |
| Medical Out of Network Coinsurance | $6,000.00 | $3,773.08 |

### Let's get healthy

Studies suggest that a good diet may reduce stress. And while it is difficult to give up a comforting treat, treats may backfire, making you feel worse. Less comfort food may actually make you feel more comfortable.

Si necesita asistencia lingüística en español, llámenos al número que figura en su tarjeta de identificación (ID) médica.

Pour une aide en français, veuillez nous appeler au numéro figurant sur votre carte d'identité.

若需要中文协助，请拨打您医疗身分证上的电话联系我们。

Para sa tulong sa wikang Tagalog, tawagan kami sa numero na nasa iyong Medikal na ID card.

Ya'áti' t'áá dinék'ehjí bee aká'a'áyeed biniiyé, nihich'į' hodíílnihjį' éí azee' ál'į̨di naaltsoos bee néé ho'dílzinígíí number bikáá' yisdzoh.

Für Auskünfte auf Deutsch rufen Sie einfach die Nummer auf Ihrer Krankenversicherungskarte an.

Do you need this in another language?  Call us.

## More Information

## Do you have questions? Call us free of charge at the 1-800 number on the first page of this statement or on your member ID card.

**Appeals**

**Please send your written appeal along with a copy of this entire EOB to this address:**

> Appeals Resolution Team
> PO Box 14463
> Lexington, KY 40512

If you disagree with a claim decision, you can ask us to review it. The process is called an appeal. You or someone you name to act for you, your authorized representative, can ask for this review. Call our Member Services Department using the telephone number displayed on the member ID card or send your written request to the above address.

Your request should include:
- Name, date of birth, and address
- Member ID number
- Group ID and name of your group, usually your employer
- Any other claim documents or records or other facts you would like us to consider. This could be new details that you did not give us the first time.

You have the right to look at the relevant documents we used to make our decision on your claim. A copy of the specific rule, guideline, or protocol relied upon in the adverse benefit determination will be provided free of charge upon request by you or your authorized representative. You can ask for these (free of charge) by calling or writing us. You have 180 days from the time you get this explanation to appeal. You might even have more time if your plan brochure or Summary Plan Description says so.

**When to expect a decision**
- If your plan allows for one appeal we ll let you know our decision 60 days after we get your appeal request. Some states might require a different time period.
- Your plan may allow two appeals. In that case, we will let you know our first decision 30 days from the date we receive your appeal request, unless your state gives us a different amount of time. If you don t agree with that first decision, you have a second chance to appeal.

**What happens next**
If you appeal, we will review our decision and provide you with a written determination. If we continue to deny the payment, coverage, or service requested or you do not receive a timely decision, you may be able to request an external review of your claim by an independent third party, who will review the denial and issue a final decision.

**Additional external review information:  this section applies to insured plans contracted in the states of Alabama, Nebraska, Mississippi, and US Territories that are subject to the Patient Protection and Affordable Care Act (PPACA)**

External review is available for adverse benefit determinations and final internal adverse benefit determinations which include denials of claims, adverse coverage determinations & rescissions. You can request an external review in writing by sending your request electronically via email to DisputedClaim@opm.gov, faxing it to 1-202-606-0036, or mailing to:  PO Box 791, Washington, D.C. 20044. You have four months after the date of receipt of the notice of adverse or final internal adverse decision to request an external review. In urgent care situations, you may request an expedited review by calling the following toll-free number:  1-877-549-8152. If you have any questions or concerns, you can call the following toll-free number:  1-877-549-8152. You can submit additional written comments to the external reviewer at the mailing address above. If any additional information is submitted, it will be shared with the Aetna in order to give Aetna an opportunity to reconsider the denial.

You may also access www.aetna.com and search on the keyword 'privacy act' to obtain a copy of your Notice of Privacy Act Rights statement. If you do not have access to the internet and need help in obtaining this information, please contact us at the toll-free number on your ID Card.

**Employer sponsored plans**
If you don t agree with our final decision, you may have the right to bring a lawsuit under Section 502(a) of a law called ERISA. Check with your employee benefits coordinator to see which appeals process your plan allows and if your plan is governed by ERISA.

**Coordination of benefits**
If you are covered by more than one health benefit plan, you should file all your claims with each plan.

**Your privacy**
Your health information is confidential. Any information you give us will be kept private. When contacting us about this notice or for help with other questions, please be prepared to provide your member name, member ID, and date of birth.

M-TRA-DFLT

CURRAN-AETNA000220

**Prevent fraud**

If you suspect fraud or abuse involving these services or would like to report other healthcare fraud-related issues, please call the toll-free hotline at 1-800-338-6361 or e-mail us at aetnasiu@aetna.com.

**Resources available to help you**

Need help understanding this notice or our decision? **Call us free of charge at the 1-800 number on your medical ID card.** There are also other resources available to help you. Most plans are now subject to health care reform law. Call us or ask your employer if your plan is subject to the law. If it is, you can also contact the Employee Benefits Security Administration at 1-866-444-EBSA (3272) for help, if your health plan is provided by your employer. In addition, a consumer assistance program may be able to assist you. Please refer to the "States and U.S. Territories with a Consumer Assistance Program" table for contact information.

Contact us or your employer to find out if your plan is insured or self-funded. If it is insured, you will also need to ask for contract state.
- If your plan is self-funded, use the state you live in
- If your plan is insured, use your contract state
- For international plans subject to the US health care reform law, use the state where the plan sponsor has their main place of business

**States and Territories with Consumer Assistance Programs**

| State | Mailing Address, Telephone, E-Mail, and/or Web Address |
|---|---|
| AR | Arkansas Insurance Department Consumer Services Division, 1200 West Third St., Little Rock, AR 72201<br>Toll Free: 1-855-332-2227, E-Mail: Insurance.consumers@arkansas.gov |
| CA | California Department of Managed Health Care Help Center, 980 9th St Suite 500, Sacramento, CA 95814<br>Toll Free: 1-888-466-2219, Web: http://www.healthhelp.ca.gov, E-Mail: helpline@dmhc.ca.gov |
| CT | Connecticut Office of the Healthcare Advocate, P.O. Box 1543, Hartford, CT 06144<br>Toll Free: 1-866-466-4446, Web: www.ct.gov/oha, E-Mail: healthcare.advocate@ct.gov |
| DC | DC Office of the Health Care Ombudsman and Bill of Rights, 899 North Capitol St., NE, 6th Floor, Rm 6037, Washington, DC 20002<br>Toll Free: 1-877-685-6391, E-Mail: healthcareombudsman@dc.gov |
| DE | Delaware Department of Insurance, 841 Silver Lake Blvd, Dover, DE 19904<br>Toll Free: 1-800-282-8611, E-Mail: consumer@state.de.us |
| GA | Georgia Office of Insurance and Safety Fire Commissioner Consumer Services Division, 2 Martin Luther King, Jr. Drive, West Tower, Suite 716, Atlanta, GA 30334<br>Toll Free: 1-800-656-2298, Web: http://www.oci.ga.gov/ConsumerService/Home.aspx |
| Guam | Guam Department of Revenue and Taxation, 1240 Army Drive, Barrigada, Guam 96921<br>Tel: 1-671-635-1844 |
| IA | Iowa Consumer Advocate Bureau, 330 Maple St, Des Moines, IA 50319<br>Toll Free: 1-877-955-1212, Web: http://insuranceca.iowa.gov/, E-Mail: consumer.advocate@iid.iowa.gov |
| IL | Illinois Department of Insurance, 320 W. Washington St, 4th Floor, Springfield, IL 62727<br>Toll Free: 1-877-527-9431, Web: http://www.insurance.illinois.gov, E-Mail: DOI.Director@illinois.gov |
| KS | Kansas Insurance Department Consumer Assistance Division, 420 SW 9th Street, Topeka, KS 66612<br>Toll Free: 1-800-432-2484, Web: http://www.ksinsurance.org, E-Mail: CAP@ksinsurance.org |
| KY | Kentucky Department of Insurance, Consumer Protection Division, P.O. Box 517, Frankfort, KY 40602<br>Toll Free: 1-877-587-7222, Web: http://healthinsurancehelp.ky.gov, E-Mail: DOI.CAPOmbudsman@ky.gov |
| MA | Health Care for All, 30 Winter Street, Suite 1004, Boston, MA 02108<br>Toll Free: 1-800 272-4232, Web: http://www.hcfama.org/helpline |
| MD | Maryland Office of the Attorney General/Health Education and Advocacy Unit, 200 St. Paul Place, 16th Floor, Baltimore, MD 21202<br>Toll Free: 1-877-261-8807, Web: http://www.oag.state.md.us/Consumer/HEAU.htm, E-Mail: heau@oag.state.md.us |
| ME | Consumer for Affordable Health Care, 12 Church Street, PO Box 2490, Augusta, ME 04338-2490<br>Toll Free: 1-800-965-7476, Web: http://www.mainecahc.org, E-Mail: consumerhealth@mainecahc.org |
| MI | Michigan Health Insurance Consumer Assistance Program (HICAP)/Michigan Office of Financial and Insurance Regulation, P.O. Box 30220, Lansing, MI 48909<br>Toll Free: 1-877-999-6442, Web: http://michigan.gov/ofir, E-Mail: ofir-hicap@michigan.gov |
| MO | Missouri Department of Insurance, 301 W. High Street, Room 830, Harry S. Truman State Office Building, Jefferson City, MO 65101<br>Toll Free: 1-800-726-7390, Web: http://insurance.mo.gov/, E-Mail: consumeraffairs@insurance.mo.gov |
| MS | Health Help Mississippi, 800 North President Street, Jackson, MS 39202<br>Toll Free: 1-877-314-3843, Web: http://www.healthhelpms.org, E-Mail: healthhelpms@mhap.org |
| MT | Montana Consumer Assistance Program, 840 Helena Ave., Helena, MT 59601<br>Toll Free: 1-800-332-6148, Web: http://www.csi.mt.gov/ |
| NC | North Carolina Department of Insurance/Health Insurance Smart NC, 430 N. Salisbury Street, Raleigh, NC 27603<br>Toll Free: 1-877-885-0231, Web: http://www.ncdoi.com/ |
| NH | New Hampshire Department of Insurance, 21 South Fruit Street, Suite 14, Concord, NH 03301<br>Toll Free: 1-800-852-3416, E-Mail: consumerservices@ins.nh.gov, Web: http://www.nh.gov/insurance/ |
| NJ | New Jersey Department of Banking and Insurance, 20 West State Street, PO Box 329, Trenton, NJ 08625<br>Toll Free: 1-800-446-7467 or 1-888-393-1062 (appeals), Web: http://www.state.nj.us/dobi/consumer.htm, E-Mail: ombudsman@dobi.state.nj.us |
| NM | New Mexico Public Regulation Commission/Division of Insurance, 1120 Paseo De Peralta, Santa Fe, NM 87504<br>Toll Free: 1-888-427-5772, Web: http://www.nmprc.state.nm.us/id.htm, E-Mail: mchb.grievance@state.nm.us |
| NV | Office of the Governor, Consumer Health Assistance, 555 East Washington Ave #4800, Las Vegas, NV 89101<br>Toll Call: 1-702-486-3587, Toll Free: 1-888-333-1597, Web: http://www.govcha.state.nv.us, E-Mail: cha@govcha.state.nv.us |
| NY | Community Service Society of New York, Community Health Advocates, 105 East 22nd Street, 8th floor, New York, NY 10010,<br>Toll Free: 1-888-614-5400, Web: http://www.communityhealthadvocates.org/ |
| OK | Oklahoma Insurance Department, Five Corporate Plaza, 3625 Northwest 56th Street, Suite 100, Oklahoma City, OK 73112,<br>Toll Free: 1-800-522-0071 (in-state only), Toll Call: 1-405-521-2828,<br>Web: http://www.ok.gov/oid/Consumers/Consumer_Assistance/index.html |

M-TRA-DFLT

CURRAN-AETNA000222

**States and Territories with Consumer Assistance Programs**

| State | Mailing Address, Telephone, E-Mail, and/or Web Address |
|---|---|
| OR | Oregon Insurance Division, P.O. Box 14480, Salem, OR 97309-0405<br>Tel: 1-503-947-7984, Web: http://www.cbs.state.or.us/ins/index.html, E-Mail: cp.ins@state.or.us |
| PA | Pennsylvania Department of Insurance, 1326 Strawberry Square, Harrisburg, PA 17111<br>Toll Free: 1-877-881-6388 Web: www.insurance.pa.gov |
| PR | Puerto Rico Oficina de la Procuradora del Paciente, 1215 Ponce de Leon, PDA 18, Santurce, PR 00907<br>Toll Free: 1-800-981-0031, Web: http://www.pacientes.gobierno.pr, E-Mail: querellas@opp.gobierno.pr |
| RI | Rhode Island Department of Business Regulation, 1511 Pontiac Avenue, Bldg 69-2, Cranston, RI 02920<br>Toll Free: 1-401- 462-9520, Web: http://www.dbr.state.ri.us and http://www.ohic.ri.gov,<br>E-Mail: InsuranceInquiry@dbr.ri.gov and HealthInsInquiry@ohic.ri.gov |
| SC | South Carolina Department of Insurance/Consumer and Individual Licensing Services Division, P.O. Box 100105, Columbia, SC 29202<br>Toll Free: 1-800-768-3467, Web: http://www.doi.sc.gov, E-Mail: consumers@doi.sc.gov |
| TN | Tennessee Department of Commerce and Insurance, 500 James Robertson Pkwy, Davy Crockett Tower, 4th floor, Nashville, TN 37243<br>Toll Free: 1-800-342-4029, Web: http://www.tn.gov/commerce/insurance, E-Mail: CIS.Complaints@state.tn.us |
| TX | Texas Consumer Health Assistance Program, Texas Department of Insurance, Mail Code 111-1A, 333 Guadalupe, P.O. Box 149091, Austin, TX 78714<br>Toll Free: 1-855-839-2427 (855-TEX-CHAP), Web: www.texashealthoptions.com, E-Mail: chap@tdi.state.tx.us |
| VA | Virginia State Corporation Commission/Life & Health Division, Bureau of Insurance, P.O. Box 1157, Richmond, VA 23218<br>Toll Free: 1-877-310-6560, Web: http://www.scc.virginia.gov/boi, E-Mail: bureauofinsurance@scc.virginia.gov |
| VI | U.S. Virgin Islands Division of Banking and Insurance, 1131 King Street, Suite 101, Christiansted, St. Croix, VI 00820<br>Tel: 1-340-773-6459, Web: http://www.ltg.gov.vi |
| VT | Vermont Legal Aid, 264 North Winooski Ave., Burlington, VT 05402<br>Toll Free: 1-800-917-7787, Web: http://www.vtlegalaid.org |
| WA | Washington Consumer Assistance Program, 5000 Capitol Blvd, Tumwater, WA 98501<br>Toll Free: 1-800-562-6900, Web: http://www.insurance.wa.gov/, E-Mail: cap@oic.wa.gov |
| WV | West Virginia Office of the Insurance Commissioner/Consumer Service Division, P.O. Box 50540, Charleston, WV 25305<br>Toll Free: 1-888-879-9842, Web: http://www.wvinsurance.gov/ |