# Exhibit C



Customer Resolution Team
P.O. Box 14463
Lexington, KY 40512

May 31, 2011

Bridget Curran
136 Pleasant Ave
Pleasantville, NY 10570-2834

| | |
|---|---|
| Subscriber Name: | Bridget Curran |
| Member Name: | REDACTED |
| Member ID Number: | W18459270202 |
| Provider Name: | Rudolph Taddonio, MD |
| Date of Service: | January 7, 2011 |
| Patient Account Number: | 20954-1-1 |
| Payer: | Aetna Life Insurance Company |
| Case Number: | 2011041300501 |

**Subject:  Appeal Request**

Dear Ms. Curran:

This letter is in response to the appeal request we received on April 11, 2011. This appeal is about the reasonable and customary rates applied to the inpatient surgery performed on January 7, 2011 by Dr. Taddonio.

**Our decision**
Based on our review of the issues described in your appeal, our records show we resolved your request before reviewing your appeal.

A review of our initial appeal review indicated an error was made in our decision. We are currently reviewing your appeal again under case number 2011053102067 and will have a response to your appeal as soon as possible.

**We are here to answer your questions**
If you have questions about this determination or the appeal process, please call Member Services at the number on the member ID card. Please include the case number listed at the top of this letter when responding or inquiring about this issue.

Sincerely,

*Robert R. Gallion*

Robert R. Gallion
Complaint and Appeal Analyst
Customer Resolution Team

Gen 29

CURRAN-AETNA000224



**Aetna**

Customer Resolution Team
PO Box 14463
Lexington, KY 40512

March 22, 2012

Bridget Curran
136 Pleasant Avenue
Pleasantville, NY 10570-2834

Subscriber Name:       Bridget Curran
Member Name:           REDACTED
Member ID Number:      W184592702-02
Provider Name:         Rudolph Taddonio, MD
Date(s) of Service:    January 7, 2011
Patient Account Number: 20954-1-1
Payer:                 Aetna Life Insurance Company
Case Number(s):        2011053102067

**Subject: Request for Relevant Documents**

Dear Ms. Curran:

As you requested, enclosed are copies of documents about the appeal of the services listed above.
- The level one appeal request dated April 7, 2011
- The claims and medical records
- The "Level 1 Appeal Decision" letter dated June 16, 2011
- The level two appeal request dated September 26, 2011
- The "Final Appeal Decision" letter dated October 28, 2011
- The relevant documents sent to you, letter dated October 13, 2011
- The relevant documents sent to you, letter dated November 15, 2011
- A two-page, chart/summary regarding how we determine the recognized charge
- The relevant pages from the TriNet Group, Inc. Certificate of Coverage (COC).

If you have any questions about this appeal or the appeal process, please call Member Services at the number on the member ID card.

Gen 17

DCN: 120326149227 EI

CURRAN-AETNA000225

Please include the case number listed at the top of this letter when responding or inquiring about this issue.

Sincerely,

Donna W. Marino
Customer Resolution Team

Enclosures

Cc: Maurice F. Curran, Attorney at Law (without enclosures)

Gen 17

DCN: 120326149227 EI

CURRAN-AETNA000226