UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BRIDGET M. CURRAN,

                Plaintiff,

-v-

AETNA LIFE INSURANCE COMPANY, TRINET GROUP, INC., and THE TRINET OPEN ACCESS MANAGED CHOICE PLAN,

                Defendants.

Case No. 13-CV-289 (KMK)

ORDER

KENNETH M. KARAS, District Judge:

On May 8, 2013, Defendants filed a motion to dismiss for failure to state a claim and for an order striking Plaintiff's jury trial demand, (Dkt. No. 8), in violation of the Court's individual practices, which require parties to request and attend a pre-motion conference before filing all motions other than discovery motions. Defendants' motion is therefore denied without prejudice for failure to comply with the Court's individual practices. The Clerk of the Court is respectfully directed to terminate pending motion. (Dkt. No. 8.)

SO ORDERED.

Dated:     May 9, 2013
              White Plains, New York

_____
KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE