ATTORNEYS AT LAW

225 LIBERTY STREET, 28TH FLOOR   NEW YORK, NEW YORK 10281-1008

www.sedgwicklaw.com   212.422.0202 *phone*   212.422.0925 *fax*

# Sedgwick LLP

*Michael H. Bernstein*
*(212) 898-4011*
*michael.bernstein@sedgwicklaw.com*

June 4, 2013

Hon. Kenneth M. Karas
United States District Court
Southern District of New York
300 Quarropas Street, Chambers 533
White Plains, NY 10601-4150

Re: *Curran v. Aetna Life Insurance Company, et al.*
 Civ. Act. No.:   13-cv-00289
 File No.           00322-008166

Dear Judge Karas:

This office represents Defendants Aetna Life Insurance Company ("Aetna"), TriNet Group, Inc. ("TriNet"), and TriNet Group, Inc. Section 125, Section 129, and Flexible Spending Account Plan incorrectly sued herein as The TriNet Open Access Managed Choice Plan (the "Plan") (collectively "Defendants") in the above-referenced action. We write to request an adjournment of the pre-motion conference date for Defendants' motion to dismiss scheduled for July 16, 2013 at 2:00 p.m. I am scheduled to be out of the country, and thus, not available on that date and will not be returning until July 29, 2013. No previous request for an adjournment of this conference has been made or ruled on by the court. Counsel for Plaintiff consents to this request. No previously scheduled dates will be affected by this request.

Counsel for all parties are available to appear for this conference at any time on the following alternate dates: July 30, July 31, August 1, August 2, August 5, August 6, August 7, and August 9.

Thank you for your consideration of this matter.

Respectfully,

Michael H. Bernstein
Sedgwick LLP

MHB/jf

cc:
David J. Squirrell, Esq.
Banks, Curran & Squirrell, LLP
61 Smith Street
Mount Kisco, NY 10549



*Handwritten order:* The 7/16/13 conference is adjourned to 7/30/13, at 10:30

So Ordered.

KMK
6/6/13

NY/1266138v1