**MEMO ENDORSED**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/24/2013
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
BRIDGET M. CURRAN, individually, and
as natural Guardian of C.F.C., a minor.           Civ. Act. No.: 13-cv-0028[9]

                        Plaintiff,

-against-                                          **NOTICE OF MOTION**

AETNA LIFE INSURANCE COMPANY,
TRINET GROUP, INC., and THE TRINET      DOCUMENT
OPEN ACCESS MANAGED CHOICE PLAN,        **ELECTRONICALLY FILED**

                        Defendants.
-----------------------------------------------------------X

      **PLEASE TAKE NOTICE** that, upon the Declaration of Robert Gallion dated May 7, 2013 and Exhibits "A" thru "C" annexed thereto, the Declaration of Helen Hong dated May 7, 2013 and Exhibit "D" annexed thereto, the Declaration of Michael H. Bernstein dated August 26, 2013 and Exhibit "E" thru "G" annexed thereto, and the accompanying Memorandum of Law, Defendants by their attorneys, Sedgwick LLP, will move this Court, before the Hon. Nelson Stephen Roman, U.S.D.J. at the United States Courthouse, Southern District of New York, located at 300 Quarropas Street, White Plains, NY 10601-4150 at a date and time to be set by this Court, or at any adjourned date and time, for an Order (1) pursuant to FED. R. CIV. P. Rule 12(b)(6) dismissing Plaintiff's Complaint against Defendants; and (2) for such other and further relief as this Court may deem just and proper.

Dated:   New York, New York
         August 26, 2013

*Handwritten endorsement:* Defendants' Motion to Dismiss is **DENIED** without prejudice subject to re-filing at a later date. (See Minute Entry dated July 30, 2013.) The Clerk of the Court is respectfully requested to terminate this motion (doc. 20).
Dated: Sept. 24, 2013
White Plain, NY

**SO ORDERED:**

*/s/ 9/24/13*

HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE

Respectfully submitted,
/s/
MICHAEL H. BERNSTEIN (MB-0579)
JOHN T. SEYBERT (JS-5014)
RYAN C. CHAPOTEAU (RC-1986)
SEDGWICK LLP
Attorneys for Defendants
225 Liberty Street, 28th Floor
New York, New York 10281
Telephone: (212) 422-0202
Facsimile: (212) 422-0925

NY/1271748v1