UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
BRIDGET M. CURRAN, individually, and
as natural Guardian of C.F.C., a minor.    Civ. Act. No.: 13-cv-00289

                       Plaintiff,

-against-    **NOTICE OF MOTION**

AETNA LIFE INSURANCE COMPANY,
TRINET GROUP, INC., and THE TRINET    DOCUMENT
OPEN ACCESS MANAGED CHOICE PLAN,    ELECTRONICALLY FILED

                      Defendants.
------------------------------------------------------------X

      **PLEASE TAKE NOTICE** that, upon the Declaration of Robert Gallion dated May 7, 2013 and Exhibits "A" thru "C" annexed thereto, the Declaration of Helen Hong dated May 7, 2013 and Exhibit "D" annexed thereto, the Declaration of Michael H. Bernstein dated August 26, 2013 and Exhibit "E" thru "G" annexed thereto, and the accompanying Memorandum of Law, Defendants by their attorneys, Sedgwick LLP, will move this Court, before the Hon. Nelson Stephen Roman, U.S.D.J. at the United States Courthouse, Southern District of New York, located at 300 Quarropas Street, White Plains, NY 10601-4150 at a date and time to be set by this Court, or at any adjourned date and time, for an Order (1) pursuant to FED. R. CIV. P. Rule 12(b)(6) dismissing Plaintiff's Complaint against Defendants; and (2) for such other and further relief as this Court may deem just and proper.

Dated:   New York, New York
           August 26, 2013

                                                    Respectfully submitted,
                                                    s/
                                                MICHAEL H. BERNSTEIN (MB-0579)
                                                JOHN T. SEYBERT (JS-5014)
                                                RYAN C. CHAPOTEAU (RC-1986)
                                                SEDGWICK LLP
                                                Attorneys for Defendants
                                                225 Liberty Street, 28th Floor
                                                New York, New York 10281
                                                Telephone: (212) 422-0202
                                                Facsimile: (212) 422-0925

NY/1271748v1

To:
David J. Squirrell
Banks Curran Schwam and Squirrell, LLP
*Attorneys for Plaintiff*
61 Smith Avenue
Mount Kisco, NY 10549
(914) 666-2161

## **CERTIFICATE OF SERVICE**

      I, RYAN C. CHAPOTEAU, hereby certify and affirm that a true and correct copy of the **NOTICE OF MOTION** attached was served via ECF on this 26th day of August, 2013, upon the following:

David J. Squirrell
Banks Curran Schwam and Squirrell, LLP
*Attorneys for Plaintiff*
61 Smith Avenue
Mount Kisco, NY 10549
(914) 666-2161

                                                 s/
                                                 RYAN C. CHAPOTEAU (RC 1986)

Dated:    New York, New York
             August 26, 2013

NY/1271748v1