Case 7:13-cv-00289-NSR   Document 36   Filed 01/30/14   Page 1 of 2

**MEMO ENDORSED** See p. 2

# CONNELL FOLEY LLP
## ATTORNEYS AT LAW

85 LIVINGSTON AVENUE
ROSELAND, NJ 07068
(973) 535-0500
FAX: (973) 535-9217

JOHN A. PD...
GEORGE W. ...
ADRIAN M. ...
GEORGE J. KENNY*
KENNETH F. KUNZMAN
SAMUEL D. LORD (2012)
RICHARD D. CATENACCI
RICHARD J. BADOLATO*
PETER D. MANAHAN
JOHN B. MURRAY
MARK L. FLEDER
KEVIN J. COAKLEY
THOMAS S. COSMA
KATHLEEN S. MURPHY
PATRICK J. MCAULEY
PETER J. PIZZI*+
KEVIN R. GARDNER
ROBERT E. RYAN
MICHAEL X. MCBRIDE*
JEFFREY W. MORYAN
EDWARD S. WARDELL
PETER J. SMITH*
WILLIAM P. KRAUSS
BRIAN G. STELLER
PHILIP F. MCGOVERN, JR.
KAREN PAINTER RANDALL
LIZA M. WALSH
JOHN P. LACEY*
MICHAEL J. CROWLEY-
TIMOTHY E. CORRISTON*
PATRICK J. HUGHES*+
JAMES C. MCCANN*
JOHN D. CROMIE

A... ...OSO*
WILLIAM T. MCGLOIN*
BRENDAN JUDGE
STEPHEN A. URBAN
CHARLES J. HARRINGTON III*
STEPHEN V. FALANGA*
TRICIA O'REILLY*
ANTHONY F. VITIELLO*+
MARC D. HAEFNER
JONATHAN P. MCHENRY
BRAD D. SHALIT*
M. TREVOR LYONS*
CRAIG S. DEMARESKI*
W. NEVINS MCCANN*
THOMAS J. O'LEARY*
MITCHELL W. TARASCHI
MICHAEL A. SHADIACK
OWEN C. MCCARTHY*
PATRICIA A. LEE**
AGNIESZKA ANTONIAN*
MICHAEL MICELI
NEIL V. MODY*
STEVE BARNETT*
THOMAS M. SCUDERI*
JOSEPH M. MURPHY*
NANCY A. SKIDMORE*
CHRISTINE S. ORLANDO
JENNIFER C. CRITCHLEY*
PATRICK S. BRANNIGAN*
CHRISTINE I. GANNON*
ANDREW C. SAYLES*
WILLIAM D. DEVEAU*

OTHER OFFICES
HARBORSIDE FINANCIAL CENTER
2510 PLAZA FIVE
JERSEY CITY, NJ 07311
(201) 521-1000
FAX: (201) 521-0100

1500 MARKET STREET
12TH FLOOR
EAST TOWER
PHILADELPHIA, PA 19101
(215) 246-3403
FAX: (215) 665-5727

888 SEVENTH
9TH FLOOR
NEW YORK, NY 10106
(212) 307-3700
FAX: (212) 262-0050

LIBERTY VIEW BUILDING
457 HADDONFIELD ROAD
SUITE 230
CHERRY HILL, NJ 08002
(856) 317-7100
FAX: (856) 317-7117

THE ATRIUM, SUITE E
309 MORRIS AVENUE
SPRING LAKE, NJ 07762
(732) 449-1440
FAX: (732) 449-0934

COUNSEL
JOHN W. BISSELL
EUGENE J. CODEY, JR.
FRANCIS J. ORLANDO
FRANCIS E. SCHILLER*
EUGENE P. SQUEO*
BRIAN P. MORRISSEY-
NOEL D. HUMPHREYS*
ANTHONY ROMANO II*

DOUGLAS J. SHORT*
JAMES M. MERENDINO
MICHELE T. TANTALLA*
HECTOR D. RUIZ*
PHILIP W. ALLOGRAMENTO III*
STEPHEN D. KESSLER
CHRISTOPHER ABATEMARCO*
ANTHONY J. CORINO*
INGRID E. DA COSTA
MEGHAN BARRETT BURKE*
RUKHSANAH L. SINGH*
BRITTANY E. MIANO*
STACIE L. POWERS*
NICOLE E. DORY*
MICHAEL BOJRASA-
CHRISTOPHER M. HEMRICK*
SUSAN KWIATKOWSKI*
MELISSA D. LOPEZ
ANDREW L. BARON*
JASON D. FALK*
MICHAEL J. SHORTT+
VICTORIA N. MANOUSHAGIAN*
MEGHAN K. MUSSO*
BRENDAN W. CARROLL*

KARIN I. SPALDING*
JODI ANNE HUDSON*
RICHARD A. JAGEN
JASON E. MARX*
ALEXIS E. LAZZARA
GAIL GOLDFARB*
THOMAS VECCHIO*
DANIEL B. KESSLER*
ROBERT A. VERDIBELLO*

ELEONORE OFOSU-ANTWI*
EDMUND J. CAULFIELD*
SYDNEY J. DARLING*
NEIL Y. SHAH*
STEPHEN R. TURANO*
STEVEN A. KROLL*
ROBERT M. DIPISA*
MATTHEW A. BAKER+
MICHAEL J. CREEGAN*
THOMAS M. BLEWITT, JR.+
MARY F. HURLEY
DANIELLE M. NOYAK+
KATELYN O'REILLY*
JAMES E. FIGLIOZZI-
MATTHEW D. FIELDING*
MARIEL L. BELANGER*
NICHOLAS W. URCIUOLI
GENEVIEVE L. HORVATH
CHRISTINA SARTORIO+
THOMAS M. WESTER
DANIEL BONILLA+
CAITLIN PETRY CASCINO
THOMAS FORRESTER, JR.
KARA M. STEGER-

*ALSO ADMITTED IN NEW YORK
+ALSO ADMITTED IN PENNSYLVANIA
·ONLY ADMITTED IN NEW YORK
PLEASE REPLY TO ROSELAND, NJ

Writer's Direct Dial:
Writer's Email:

January 29, 2014

**VIA FACSIMILE (914-390-4179)**
The Honorable Nelson S. Roman, U.S.D.J.
United States District Court
Southern District of New York
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

  Re: Curran v. Aetna Life Insurance Company, et al.
     Civil Action No. 13-cv-00289(NSR)

Dear Judge Roman:

  This office has been requested to substitute in as counsel for Sedgwick, LLC to represent defendants, Aetna Life Insurance Company and TriNet Open Access Managed Choice Plan, in the above referenced matter. We have been in contact with Sedgwick and are in the process of executing an appropriate substitution of counsel. Sedgwick has also recently forwarded the file to our attention and we understand that presently pending is plaintiff's Motion to Amend the Amended Complaint. The current deadline for defendants to submit opposition to the motion is tomorrow, January 30, 2014. Pursuant to our recent receipt of the file, we have received the gracious consent of our adversary for a seven (7) day extension of time for defendants to serve opposition to the aforementioned motion. This will allow our office time to file a substitution of counsel and

2997569-1
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/30/2014

January 29, 2014
Page 2

familiarize ourselves with the claim in order to submit an appropriate opposition to plaintiff's motion.

Pursuant to the above, it is respectfully requested that Your Honor extend the current deadline for defendants to submit opposition to plaintiff's Motion to Amend the Amended Complaint until Thursday, February 6, 2014 and, extend the deadline for plaintiff's response to defendants' opposition until Friday, February 21, 2014.

Your Honor's attention to the above is greatly appreciated.

Respectfully submitted,

Christopher Abatemarco

CA/amc
cc: David J. Squirrell, Esq. (via Fax 914-666-2450)
Michael H. Bernstein, Esq. (via fax 212-422-0925)
John T. Seybert, Esq. (via fax 212-422-0925)

The application is  X granted.
                    __ denied.

1/30/14
Nelson S. Román, U.S.D.J.
Dated: Jan. 30, 2014
White Plains, New York 10601

Defendants' request to extend the briefing schedule is Granted as follows: defendants' opposition is to be served by Feb. 6, 2014; and plaintiff's reply is to be served on Feb. 21, 2014. All motion papers are to be filed on or immediately after Feb. 21, 2014.

2997559-1