UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BRIDGET M. CURRAN, individually, and as natural Guardian of C.F.C., a minor,

　　　　　　　　Plaintiffs,

-against-

AETNA LIFE INSURANCE COMPANY, TRINET GROUP, INC., and THE TRINET OPEN ACCESS MANAGED CHOICE PLAN,

　　　　　　　　Defendants.

---

Civil Action No. 13-cv-00289 (NSR)

**DEFENDANTS NOTICE OF SUBSTITUTION OF COUNSEL**

TO THE CLERK OF THE COURT AND ALL COUNSEL AND PARTIES OF RECORD:

PLEASE TAKE NOTICE that Defendants, Aetna Life Insurance Company, TriNet Group, Inc., and The TriNet Group, Inc. Section 125, Section 129, The TriNet Open Access Managed Choice Plan, hereby substitutes Connell Foley LLP, 888 Seventh Avenue, 9th Floor, New York, New York 10106 as its attorney of record in the place and stead of Sedgwick LLP, 225 Liberty Street, 28th Floor, New York, New York 10281. All notices given or required to be given, and all papers filed or served or required to be served in the above-captioned matter, should henceforth be provided and served upon counsel at the address set forth below:

　　Christopher Abatemarco, Esq.
　　Connell Foley LLP
　　85 Livingston Avenue
　　Roseland, New Jersey 07068
　　Tel.: (973) 535-0500
　　Fax: (973) 535-9217

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: 3064124-1
DATE FILED: 2/28/2014

I, the undersigned, consent to the above substitution.

February ~~January~~ 4, 2014

                                      Aetna Life Insurance Company

                                      By: _____

I, the undersigned, consent to the above substitution.

January 29, 2014

                                      TRINET GROUP, INC.

                                      By: _____

I, the undersigned, consent to the above substitution.

February ~~January~~ 3, 2014

                                      SEDGWICK LLP

                                      By: _____
                                      Michael H. Bernstein, Esq.

I, the undersigned, consent to the above substitution.

~~January~~ February 4, 2014

                                      CONNELL FOLEY

                                      By: _____
                                      Christopher Abatemarco, Esq.

Dated: Feb. 28, 2014

**SO ORDERED:**

_____
HON. NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE