**MEMO ENDORSED**

ATTORNEYS AT LAW

# Sedgwick LLP

225 LIBERTY STREET, 28TH FLOOR   NEW YORK, NEW YORK 10281-1008
www.sedgwicklaw.com   212.422.0202 phone   212.422.0925 fax

John T. Seybert
212.422.0202
john.seybert@sedgwicklaw.com

February 28, 2014

*Via Facsimile*
Hon. Nelson S. Román
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

The application is  X granted.
                   __ denied.

_____NSR_____
Nelson S. Román, U.S.D.J.
Dated: Feb. 28, 2014
White Plains, New York 10601

The below-named attorneys are terminated pursuant to "So Ordered" Substitution of Counsel and their notice shall be turned off

Re: *Curran v. Aetna Life Insurance Company, et al.*
    Civ. Act. No.:   13-cv-00289(NSR)
    File No.         00322-008166

Dear Judge Román

This office formerly represented the defendants in the above-referenced action. By Notice of Substitution (Doc No. 37), this office has withdrawn as counsel of record and been replaced by Connell Foley. We ask that the Court please remove the following attorney's from the court's docket as lead counsel or counsel to be noticed: (1) Michael H. Bernstein; (2) John T. Seybert; and (3) Ryan C. Chapoteau.

Thank you for consideration of this matter.

Respectfully submitted,

John T. Seybert
Sedgwick LLP

cc:
David J. Squirrell, Esq.
Chris Abatemarco, Esq.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/28/2014

DOCS/18435003v1