UNITED STATES DISTRICT COURT  
SOUTHERN DISTRICT OF NEW YORK

Rev. Jan. 2012

------------------------------------------------------------x

Bridget Curran et al,

                     Plaintiff(s),

  - against -

Aetna Life Insurance Company et al,  
                     Defendant(s).

**CIVIL CASE DISCOVERY PLAN AND SCHEDULING ORDER**

13 CV 289 (NSR)

------------------------------------------------------------x

     This Civil Case Discovery Plan and Scheduling Order is adopted, after consultation with counsel, pursuant to Fed. R. Civ. P. 16 and 26(f):

1. All parties [consent]/(do not consent) to conducting all further proceedings before a Magistrate Judge, including motions and trial, pursuant to 28 U.S.C. § 636(c). The parties are free to withhold consent without adverse substantive consequences. (If all parties consent, the remaining paragraphs of this form need not be completed.)

2. This case [is]/(is not) to be tried to a jury.

3. Joinder of additional parties must be accomplished by September 19, 2014.

4. Amended pleadings may be filed until September 19, 2014.

5. Interrogatories shall be served no later than May 16, 2014, and responses thereto shall be served within thirty (30) days thereafter. The provisions of Local Civil Rule 33.3 [shall]/(shall not) apply to this case.

6. First request for production of documents, if any, shall be served no later than May 16, 2014.

7. Non-expert depositions shall be completed by November 14, 2014. Depositions shall take place if deemed required by the court.

    a. Unless counsel agree otherwise or the Court so orders, depositions shall not be held until all parties have responded to any first requests for production of documents.

    b. Depositions shall proceed concurrently.

    c. Whenever possible, unless counsel agree otherwise or the Court so orders,

USDC SDNY  
DOCUMENT  
ELECTRONICALLY FILED  
DOC #:  
DATE FILED: 3/18/14

non-party depositions shall follow party depositions.

8. Any further interrogatories, including expert interrogatories, shall be served no later than September 24, 2014.

9. Requests to Admit, if any, shall be served no later than January 30, 2015.

10. Expert reports shall be served no later than _____. At this point Plaintiffs do not anticipate the proffer of expert testimony.

11. Rebuttal expert reports shall be served no later than _____.

12. Expert depositions shall be completed by _____.

13. Additional provisions agreed upon by counsel are attached hereto and made a part hereof.

14. **ALL DISCOVERY SHALL BE COMPLETED BY** January 30, 2015.

15. Any motions shall be filed in accordance with the Court's Individual Practices.

16. This Civil Case Discovery Plan and Scheduling Order may not be changed without leave of Court (or the assigned Magistrate Judge acting under a specific order of reference).

17. The Magistrate Judge assigned to this case is the Hon. Paul E. Davison.

18. If, after entry of this Order, the parties consent to trial before a Magistrate Judge, the Magistrate Judge will schedule a date certain for trial and will, if necessary, amend this Order consistent therewith.

19. The next case management conference is scheduled for Jan. 30, 2015, at 10:00 am. (The Court will set this date at the initial conference.)

SO ORDERED.

Dated: White Plains, New York
       March 18, 2014

_____ 3/18/14
Nelson S. Román, U.S. District Judge